# CASE ANNOUNCEMENTS

*January 19, 2010*

[Cite as *01/19/2010 Case Announcements*, 2010-Ohio-100.]

## MOTION AND PROCEDURAL RULINGS

**In re Starks.**
On December 31, 2008, this court found Verdell Starks to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Starks was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On January 13, 2010, Starks submitted a motion for leave to file an appeal/memorandum in support of jurisdiction. Upon review of the proffered filing the court finds it without merit. Accordingly,

It is ordered by the court that Starks is denied leave to file an appeal.

**2001–0524. State v. Brown.**
Mahoning App. No. 96 C.A. 56. By entry filed June 17, 2009, this court ordered that appellant's sentence be carried into execution on Thursday, February 4, 2010. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

It is ordered by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including but not limited to the filing requirements imposed by S.Ct.Prac.R. 14.1.

It is further ordered that service of documents as required by S.Ct.Prac.R. 14.2 shall be personal, by facsimile transmission, or by email.

It is further ordered that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in or issued by any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the governor. A copy of the document shall be delivered to the Office of the Clerk as soon as possible, either personally, by facsimile transmission, or by email.

**2007–1261. State v. Ketterer.**
Butler C.P. No. CR 2003–03–0309. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Butler County. Upon consideration thereof,

It is ordered by the court, sua sponte, that oral argument will be limited to 15 minutes per side in this case.

**2007–2425. State v. Ketterer.**
Butler C.P. No. CR–2003–03–0309. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Butler County. Upon consideration thereof,

It is ordered by the court, sua sponte, that oral argument will be limited to 15 minutes per side in this case.

**2009–2226. In re L.J.**
Logan App. No. 8–09–07, 2009-Ohio-5658. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon review of the appeal, it appears that the case involves the termination of parental rights. Accordingly,

It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio governing the termination of parental rights or adoption of a minor child.